| United States Bankruptcy Court<br>**Northern District of Illinois** | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>White, Condel  A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>White, Norma S. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Norma Young White** |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all): XXX-XX-5746** | Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all): 1876** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>14911 S. Winchester<br>Harvey, IL 60426 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>14911 S. Winchester<br>Harvey, IL 60426 |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>**Same as above** | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>**[X]** Individual(s)                      [ ] Railroad<br>[ ] Corporation                       [ ] Stockbroker<br>[ ] Partnership                       [ ] Commodity Broker<br>[ ] Other                          [ ] Clearing Bank | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>[X] Chapter 7        [ ] Chapter 11        [ ] Chapter 13<br>[ ] Chapter 9        [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br><br>Chapter 11 Small Business (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C.<br>    § 1 121 (e) (Optional) | Filing Fee (Check one box)<br>**[X]** Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must<br>    attach signed application for the court's consideration certifying that the<br>    debtor is unable to pay fee except in installments. Rule 1006(b). See |

| Statistical/Administrative Information (Estimates only)<br>[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Estimated Number of Creditors     [ ] 1-15    [X] 16-49    [ ] 50-99    [ ] 100-199    [ ] 200-999    [ ] 1,000-over | |
| Estimated Assets<br>[ ] $0 to $50,000    [ ] $50,001 to $100,000   [X] 100,001 to $500,000   [ ] $500,001 to $1,000,000 | |
| Estimated Debts<br>[ ] $0 to $50,000    [ ] $50,001 to $100,000   [X] 100,001 to $500,000   [ ] $500,001 to $1,000,000 | |

**Voluntary Petition**                                    **Name of Debtor(s):**
(This page must be completed and filed in every case)

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet) | | |
|---|---|---|
| **Location Where Filed:** | **Case Number:** | **Date Filed:** |

**PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILLIATE OF DEBTOR**
(if more than one, attach additional sheet)

| **Name of Debtor:** | **Case Number:** | **Date:** |
|---|---|---|
| **District:** | **Relationship:** | **Judge:** |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing in true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Condel A. White_____      __07/21/2014__
 Signature of Debtor                                    Date

X _/s/ Norma S. White_____      07/21/14
 Signature of Joint Debtor                             Date

_____
 Telephone Number (if not represented by attorney)

**Signature of Attorney**

X _/s/ Daniel Moulton_____      07/21/2014
 Signature of Attorney for Debtor(s)                 Date
 Daniel M. Moulton   Atty Reg# 6200617        .
 Printed Name of Attorney for Debtor(s)
 Law Offices of Daniel Moulton
 Firm Name
 10249 South Western Avenue, Chicago, IL 60643     .
 Address
 (773) 429-1001                                .
 Telephone Number

**Signature of Debtor(Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual            Date

_____
 Printed Name of Authorized Individual

_____
 Title of Authorized Individual

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)
   [ ] Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual
whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _/s  Daniel Moulton_____      07/21/2014
 Signature of Attorney for Debtor(s)                 Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
[ ] Yes, and Exhibit C is attached and made part of this petition.
[ ] No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
 Printed Name of Bankruptcy Petition Preparer

_____
 Social Security Number

_____
 Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
 Signature of Bankruptcy Petition Preparer      Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:___CONDEL & NORMA WHITE___                    Case No. _____
                                                         (if known)


**EXHIBIT D- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
CREDIT COUNSELING REQUIRMENT**


**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[] 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.]* *[Summarize exigent circumstances here.]* _____
_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[] 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

[] Incapacity. (Defined in 11 U.S.C. 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

[] Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

[] Active military duty in a military combat zone.

[] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _/s/ Condel A. White_____

Date: 07/21/2014

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re:   CONDEL & NORMA WHITE                              Case No. _____

                                                                      (if known)

## EXHIBIT D- INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIRMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[X] 1. Within the 180 days **before the filing of my bankruptcy case, I** received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[] 2. Within the 180 days **before the filing of my bankruptcy case, I** received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

[] 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____
_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

[] 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

[] Incapacity. (Defined in 11 U.S.C. 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

[] Disability. (Defined in 11 U.S.C. 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

[] Active military duty in a military combat zone.


[] 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:  _/s/ Norma S. White_____

Date: 07/21/2014

List of creditors

First Merchants Bank
Lafayette Bank & Trust
P.O. Box 792
Muncie, IN 47308

Elan Financial Service
P.O. Box 108
St. Louis, MO 63166-9801

HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297-1051

AFNI Inc.
P.O. Box 3517
Bloomington, IL 61702-3517

I.C. System Inc.
P.O. Box 64794
St. Paul, MN 55164-079

EOS CCA
P.O. Box 896
Norwell, MA 02061-0806

Franklin Collection Service Inc.
P.O. Box 3910
Tupelo, MS 38803-3910

Malcolm Gerald & Assoc. Inc.
332 S. Michigan Ave.  Ste. 600
Chicago, IL 60604

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439

Campbell Hightower & Adams
4645 S. Lakeshore Dr.  Ste. #11
Tempe, AZ 85282

Chicago Tribune
P.O. Box 9001157
Louisville, KY 40290-1157

Calumet Union Drainage
P.O. Box 1304
South Holland, IL 60473

The City of Harvey
15320 Broadway Ave.
Harvey, Il 60426

Alpha Recovery Corp.
5660 Greenwood Plaza
Suite 101N
Greenwood Village, CO. 80211-2417

Radiology Imaging Consulting
9413 Eagle Way
Chicago, IL 60678-1094

Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265

All Kids and Family Care Premium Plan
P.O Box 19121
Springfield, IL 62794-9121

AT&T U-verse
P.O. Box 5014
Carol Stream, IL 60197-5014

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

First Merchants Bank
Lafayette Bank & Trust
P.O. Box 792
Muncie, IL 47308

Cook County Treasurer
P.O. Box 805438
Chicago, IL 60680-4116

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

City of Harvey
15320 Broadway Ave.
Harvey, IL 60426

Medical Recovery Specialists
2250 E. Devon  Ste. 352
Des Plaines, IL 60018

Primary Care Partners
4647 W. Lincoln Highway
Lower Level
Matteson, IL 60443

Sullivan Urgent Aid Centers
P.O. Box 87844
Carol Stream, IL 60188-7844

Ingalls Hospital
P.O. Box 75608
Chicago, IL 60675-5608

Indiana Financial Institutions Group
1 International Plaza  Ste. 100
Philadelphia, PA 19113-1562

Illinois Collection Service Inc.
P.O. Box 646
Oak Lawn, IL 60454-0646

Primary Care Partners Inc.
Dept. 77-52157
Chicago, IL 60678

Weyco Inc.
P.O. Box 30132
Lansing, MI 48909

Midwest Emergency Assoc.
P.O. Box 6500
Chicago, IL 60680-6500

The Guardian Life Insurance
P.O. Box 2459
Spokane, WA 99210-2459

City of Harvey
Water Dept.
15320 Broadway Ave.
Harvey, IL 60426

Sullivan Urgent Aid Center
P.O. Box 87844
Carol Stream,  IL 60188-7844

Illinois Collection Service
P.O. Box 646
Oak Lawn, IL 60454-0646

Harvey Anesthesiologist
222 E. Dundee Rd.
Wheeling, IL 60090

Dependon Collection Service
P.O. Box 6074
River Forest, IL 60305

Midwest Emergency Assoc.
P.O. Box 6500
Chicago, IL 60680-6500

Pinnacle Management Service
514 Market Loop
Suite 103
West Dundee, IL 60118

Illinois Collection Service
P.O. Box 646
Oak Lawn, IL 60454-064

ADT Security Service
P.O. Box 551200
Jacksonville, FL 3225

Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988

Southwest Laboratory Physician
Dept. 77-9288
Chicago, IL 60678-9288

AFNI Inc.
P.O. Box 3517
Bloomington, IL 61702-3517

CBCS
P.O. Box 2334
Columbus, OH 43216-2334

Enhanced Recovery Co.
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Souma Diagnostics Ltd.
P.O. Box 11690
Chicago, IL 60611-1690

IC System Inc.
444 Highway 96
P.O. Box 64437
St. Paul, MN 55164-0437

Great Lakes
P.O. Box 530229
Atlanta, GA 30353-0229

Therapy Providers of America
2625 S. Lawndale Ave.
Chicago, IL 60623

UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

**In re**  Condel & Norma White                              , **Debtor(s)**

# SUMMARY OF SCHEDULES

**Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the total from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the Debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.**

<b>AMOUNTS SCHEDULED</b>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $80,000.00 | | |
| B – Personal Property | Yes | 2 | $24,137.00 | | |
| C – Property Claimed as Exempt | Yes | 1 | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $35,172.43 | |
| E – Creditors Holding Unsecured Priority Claims | Yes | 2 | | $0 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $296,176.95 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | Yes | 1 | | | $3,079.00 |
| J – Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,632.00 |
| | | 12 | | | |

Assets  $104,137.00

Liabilities  $331,349.38

In re  CONDEL & NORMA WHITE                          , Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1.  14911 S. Winchester Harvey, IL 60426   Single Family Residence | Fee Simple | W | $70,000.00 | $38,000.00 |
| 2.  15024 Page    Vacant 3 Unit Bldg. Harvey, IL 60426 | Fee Simple | | $5,000.00 | |
| 3.  15028 Page    Vacant 3 Unit Bldg. Harvey, IL 60426 | Fee Simple | | $5,000.00 | |
| | | Total> | **$80,000.00** | |

(Report also on Summary of Schedules)

In re    CONDEL & NORMA WHITE    , Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $190.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking<br>First Financial Checking<br>First Financial Savings | | $502.00<br>$25.00<br>$20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Nicor Security Deposit | | $200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | $5,200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Insurance | | $2,000 surrender value |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re: **CONDEL & NORMA WHITE**_____, Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Norma's teacher pension | | $10,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

# SCHEDULE B -PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Mercedes Benz C280  123,000 miles<br>1991 Volvo Not Running<br>1999 Chevrolet Astro Van Not Running<br>1998 BMW 740 Not Running<br>2000 BMW 740 Not running- needs Transmission | | $3,500 Mercedes C280<br>$2,000 total for other vehicle |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | _____ continuation sheets attached | Total | **$24,137.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary

In re **CONDEL & NORMA WHITE_ _____, Debtor(s)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under:**

**(Check one box)**

[ ] **11 U.S.C. § 522(b)(l): Exemptions provided in 11 U.S.C. § 522(d).** Note: These exemptions are available only in certain states.

[ X ] **11 U.S.C. § 522(b)(2): Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.**

| DESCRIPTION OF PROPERTY | SPECIFIY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence or Homestead | 735 ILCS 5/12-901 | $30,000.00 | **$70,000.00** |
| Necessary wearing apparel, Bible, school books, family pictures, and prescribed health aids of debtor and dependents | 735 ILCS 5/12-1001 (a) (e) | 100% | **$500.00** |
| Personal property | 735 ILCS 5/12-1001 (b) | $8,000.00 | **$8,137.00** |
| Vehicle | 735 ILCS 5/12-1001 ( c ) | $4,800.00 | **$5,500** |
| Pension | 735 ILCS 5/12-1001 | 100% | **$10,000** |

**In re** ___CONDEL & NORMA WHITE __   _____, **Debtor(s)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[   ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Merchants Bank<br>Lafayette Bank & Trust<br>P.O. Box 792<br>Muncie, IN 47308 | | | Mortgage on residence<br><br><br>VALUE $70,000 | | | | $18,844.45 | |
| ACCOUNT NO.<br><br>First Merchants Bank<br>Lafayette Bank & Trust<br>P.O. Box 792<br>Muncie, IN 47308 | | | Mortgage on residence<br><br><br>VALUE $70,000 | | | | $13,541.79 | |
| ACCOUNT NO.<br><br>First Merchants Bank<br>Lafayette Bank & Trust<br>P.O. Box 792<br>Muncie, IN 47308 | | | Mortgage on residence<br><br><br>VALUE $ 70,000 | | | | $2,786.19 | |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |

_____ **continuation sheets attached**

| | |
|---|---|
| **Subtotal** (Total of this page) | $35,172.43 |
| **Total** (Use only on last page) | **$35,172.43** |

**(Report total also on Summary of Schedules)**

**In re __CONDEL & NORMA WHITE___ _____, Debtor(s)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

**[ X ]** Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

**[  ] Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

**[  ] Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

**[  ] Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

**[  ] Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

**[  ] Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

**In re** ___CONDEL & NORMA WHITE_____**, Debtor(s)**

[  ] **Almony, Maintenance, or Support**

  Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[   ] **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

  [  ] **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

In re __CONDEL & NORMA WHITE _____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[ ] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4037660014496582 <br><br> Elan Financial Service <br> P.O. Box 108 <br> St. Louis, MO 63166-9801 | | | | | | | $10,110.10 |
| ACCOUNT NO. 5213 3102 1820 1080 <br><br> HSBC Card Services <br> P.O. Box 17051 <br> Baltimore, MD 21297-1051 | | | | | | | $3,180.23 |
| ACCOUNT NO. 171107553 <br><br> AFNI Inc. <br> P.O. Box 3517 <br> Bloomington, IL 61702-3517 | | | | | | | $200.71 |
| ACCOUNT NO. 10717553 <br><br> AFNI Inc. <br> P.O. Box 3517 <br> Bloomington, IL 61702-3517 | | | | | | | $170.10 |

_____ continuation sheet attached__subtotal $13,661.14_____

Total  $ _____

(Report also on Summary of Schedules)

**In re __CONDEL & NORMA WHITE_____, Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 39415972-1-79 <br><br> I.C. System Inc. <br> P.O. Box 64794 <br> St. Paul, MN 55164-0794 | | | | | | | $109.76 |
| ACCOUNT NO. 16592473 <br><br> EOS CCA <br> P.O. Box 896 <br> Norwell, MA 02061-0806 | | | | | | | $26.81 |
| ACCOUNT NO. 020944288 <br><br> Franklin Collection Service Inc. <br> P.O. Box 3910 <br> Tupelo, MS 38803-3910 | | | | | | | $109.76 |
| ACCOUNT NO. 028034601100001 <br><br> Malcolm Gerald & Assoc. Inc. <br> 332 S. Michigan Ave.  Ste. 600 <br> Chicago, IL 60604 | | | | | | | $793.54 |
| continuation sheets attached | | | | | Subtotal | | $1039.87 |
| | | | | | Total | | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXXXXXXXX001 <br> Northland Group Inc. <br> P.O. Box 390846 <br> Minneapolis, MN 55439 | | | | | | | $793.54 |
| ACCOUNT NO. 93BNM6000 <br> Campbell Hightower & Adams <br> 4645 S. Lakeshore Dr.  Ste. #11 <br> Tempe, AZ 85282 | | | | | | | $139.12 |
| ACCOUNT NO. 000037167330 <br> Chicago Tribune <br> P.O. Box 9001157 <br> Louisville, KY 40290-1157 | | | | | | | $19.50 |
| ACCOUNT NO.  11885 <br> Calumet Union Drainage <br> P.O. Box 1304 <br> South Holland, IL 60473 | | | | | | | $23.54 |
| continuation sheets attached | | | | | Subtotal | | $97.57 |
| | | | | | Total | | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 001-0425-00-02<br><br>The City of Harvey<br>15320 Broadway Ave.<br>Harvey, Il 60426 | | | | | | | $169.95 |
| ACCOUNT NO. 5213310218201080<br><br>Alpha Recovery Corp.<br>5660 Greenwood Plaza<br>Suite 101N<br>Greenwood Village, CO. 80211-2417 | | | | | | | $3,744.54 |
| ACCOUNT NO. 5841109<br><br>Radiology Imaging Consulting<br>9413 Eagle Way<br>Chicago, IL 60678-1094 | | | | | | | $283.00 |
| ACCOUNT NO. 44943323-456-8033<br><br>Alcoa Billing Center<br>3429 Regal Dr.<br>Alcoa, TN 37701-3265 | | | | | | | $309.00 |
| continuation sheets attached | | | | | Subtotal | | $4,506.49 |
| | | | | | Total | | $ |

(Report also on Summary of Schedule

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>All Kids and Family Care Premium Plan<br>P.O Box 19121<br>Springfield, IL 62794-9121 | | | | | | | $175.00 |
| ACCOUNT NO.<br><br>AT&T U-verse<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | | $429.13 |
| ACCOUNT NO. 78-32-07-1000-3<br><br>Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | | | | | | | $706.99 |
| ACCOUNT NO.<br><br>First Merchants Bank<br>Lafayette Bank & Trust<br>P.O. Box 792<br>Muncie, IL 47308 | | | | | | | $619.18 |
| continuation sheets attached | | | | | | Subtotal | $1,930.30 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re _CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 29-07-427-046-000 <br><br> Cook County Treasurer <br> P.O. Box 805438 <br> Chicago, IL 60680-4116 | | | Real estate taxes on Page in Harvey | | | | $47,841.42 |
| ACCOUNT NO. 29-07-427-047-0000 <br><br> Cook County Treasurer <br> P.O. Box 805438 <br> Chicago, IL 60680-4116 | | | Real estate taxes on Page in Harvey | | | | $24,450.07 |
| ACCOUNT NO. 12-67-47-9793-6 <br><br> Nicor Gas <br> P.O. Box 5407 <br> Carol Stream, IL 60197-5407 | | | | | | | $529.26 |
| ACCOUNT NO. 78-32-07-1000-3 <br><br> Nicor Gas <br> P.O. Box 5407 <br> Carol Stream, IL 60197-5407 | | | | | | | $667.51 |
| | | | **continuation sheets attached** | **Subtotal** | | | $73,493.26 |
| | | | | **Total** | | | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0460046020<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | | | | | $120.86 |
| ACCOUNT NO. 14-23-78-7518-3<br><br>Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001 | | | | | | | $738.01 |
| ACCOUNT NO. 11-44-00-6181-7<br><br>Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568 | | | | | | | $752.61 |
| ACCOUNT NO. 011-0215-00-01<br><br>City of Harvey<br>15320 Broadway Ave.<br>Harvey, IL 60426 | | | | | | | $6,038.23 |
| **continuation sheets attached** | | | | | **Subtotal** | | $7,649.71 |
| | | | | | **Total** | | $ |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 05748239<br><br>Medical Recovery Specialists<br>2250 E. Devon  Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $191.25 |
| ACCOUNT NO. 05767362<br><br>Medical Recovery Specialists<br>2250 E. Devon  Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $191.25 |
| ACCOUNT NO. 05553647<br><br>Medical Recovery Specialist<br>2250 E. Devon Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $108.00 |
| ACCOUNT NO. 05552604<br><br>Medical Recovery Specialist<br>2250 E. Devon Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $200.00 |
| continuation sheets attached | | | | | Subtotal | | $690.50 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 05846309<br><br>Medical Recovery Specialist<br>2250 E. Devon  Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $337.35 |
| ACCOUNT NO. 05845613<br><br>Medical Recovery Specialist<br>2250 E. Devon  Ste. 352<br>Des Plaines, IL 60018 | | | | | | | $816.40 |
| ACCOUNT NO. 39 G429068<br><br>Primary Care Partners<br>4647 W. Lincoln Highway<br>Lower Level<br>Matteson, IL 60443 | | | | | | | $473.96 |
| ACCOUNT NO. 15-5959631-01-04<br><br>Sullivan Urgent Aid Centers<br>P.O. Box 87844<br>Carol Stream, IL 60188-7844 | | | | | | | $248.00 |
| continuation sheets attached | | | | | Subtotal | | $1,875.71 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200300382765<br>Medical Recovery Specialist Inc<br>2350 E. Devon Ave.  Ste. 225<br>Des Plaines, IL 60018 | | | | | | | $280.75 |
| ACCOUNT NO. 200300364607<br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $108.00 |
| ACCOUNT NO. 200201525926<br>Medical Recovery Specialist Inc<br>2350 E. Devon Ave.  Ste. 225<br>Des Plaines, IL 60018 | | | | | | | $40.10 |
| ACCOUNT NO. 200300382765<br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $280.75 |
| continuation sheets attached | | | | | | Subtotal | $709.60 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | $69.70 |
| Indiana Financial Institutions Group 1 International Plaza  Ste. 100 Philadelphia, PA 19113-1562 | | | | | | | |
| **ACCOUNT NO. 5938263** | | | | | | | $136.00 |
| Illinois Collection Service Inc. P.O. Box 646 Oak Lawn, IL 60454-0646 | | | | | | | |
| **ACCOUNT NO. 200202452930** | | | | | | | $187.74 |
| Ingalls Hospital P.O. Box 75608 Chicago, IL 60675-5608 | | | | | | | |
| **ACCOUNT NO. 1415012** | | | | | | | $160.00 |
| Primary Care Partners Inc. Dept. 77-52157 Chicago, IL 60678 | | | | | | | |
| **continuation sheets attached** | | | | | **Subtotal** | | $553.44 |
| | | | | | **Total** | | $ |

(Report also on Summary of Schedules)

**In re __CONDEL & NORMA WHITE_____, Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200402156463<br><br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $816.40 |
| ACCOUNT NO. 038903001447<br><br>Weyco Inc.<br>P.O. Box 30132<br>Lansing, MI 48909 | | | | | | | $224.00 |
| ACCOUNT NO. 2059<br><br>Weyco Inc.<br>P.O. Box 30132<br>Lansing, MI 48909 | | | | | | | $259.95 |
| ACCOUNT NO. 4-9306761-01-01<br><br>Midwest Emergency Assoc.<br>P.O. Box 6500<br>Chicago, IL 60680-6500 | | | | | | | $29.00 |
| continuation sheets attached | | | | | Subtotal | | $1,328.95 |
| | | | | | Total | | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200301837502<br><br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $105.40 |
| ACCOUNT NO.3919783613<br><br>Weyco Inc.<br>P.O. Box 30132<br>Lansing, MI 48909 | | | | | | | $106.10 |
| ACCOUNT NO.<br><br>The Guardian Life Insurance<br>P.O. Box 2459<br>Spokane, WA 99210-2459 | | | | | | | $149.00 |
| ACCOUNT NO. 200201844582<br><br>Medical Recovery Specialist Inc<br>2200 E. Devon Ave.  Ste. 288<br>Des Plaines, IL 60018 | | | | | | | $221.40 |
| continuation sheets attached | | | | | Subtotal | | $581.90 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200402436808<br><br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $337.35 |
| ACCOUNT NO. 011-0215-00-01<br><br>City of Harvey<br>Water Dept.<br>15320 Broadway Ave.<br>Harvey, IL 60426 | | | | | | | $187.50 |
| ACCOUNT NO. 0595961101<br><br>Sullivan Urgent Aid Center<br>P.O. Box 87844<br>Carol Stream,  IL 60188-7844 | | | | | | | $248.00 |
| ACCOUNT NO. 5959631<br><br>Illinois Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | | | | | | | $373.20 |
| continuation sheets attached | | | | | | Subtotal | $1,146.05 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 199901638320 <br><br> Ingalls Hospital <br> P.O. Box 75608 <br> Chicago, IL 60675-5608 | | | | | | | $30.01 |
| ACCOUNT NO. 200300382765 <br><br> Ingalls Hospital <br> P.O. Box 75608 <br> Chicago, IL 60675-5608 | | | | | | | $280.75 |
| ACCOUNT NO. 200202452930 <br><br> Ingalls Hospital <br> P.O. Box 75608 <br> Chicago, IL 60675-5608 | | | | | | | $187.74 |
| ACCOUNT NO. 200400599409 <br><br> Ingalls Hospital <br> P.O. Box 75608 <br> Chicago, IL 60675-5608 | | | | | | | $255.00 |
| | | | continuation sheets attached | | | Subtotal | $753.50 |
| | | | | | | Total $ | |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 328106-4 <br><br> Harvey Anesthesiologist <br> 222 E. Dundee Rd. <br> Wheeling, IL 60090 | | | | | | | $109.20 |
| ACCOUNT NO. 200402653162 <br><br> Ingalls Hospital <br> P.O. Box 75608 <br> Chicago, IL 60675-5608 | | | | | | | $42.38 |
| ACCOUNT NO. 583114-434859 <br><br> Dependon Collection Service <br> P.O. Box 6074 <br> River Forest, IL 60305 | | | | | | | $219.30 |
| ACCOUNT NO. 200201525942 <br><br> Medical Recovery Specialists Inc. <br> 2350 E. Devon Ave.  Ste. 225 <br> Des Plaines, IL 60018 | | | | | | | $30.00 |
| continuation sheets attached | | | | | | Subtotal | $400.88 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 0958411901**<br>Midwest Emergency Assoc.<br>P.O. Box 6500<br>Chicago, IL 60680-6500 | | | | | | | $170.66 |
| **ACCOUNT NO. 0932810601**<br>Midwest Emergency Assoc.<br>P.O. Box 6500<br>Chicago, IL 60680-6500 | | | | | | | $180.00 |
| **ACCOUNT NO. 200200640486**<br>Pinnacle Management Service<br>514 Market Loop<br>Suite 103<br>West Dundee, IL 60118 | | | | | | | $212.78 |
| **ACCOUNT NO. 0306761101**<br>Sullivan Urgent Aid Centers Ltd<br>P.O. 87844<br>Carol Stream, IL 60188-7844 | | | | | | | $192.10 |
| | | | continuation sheets attached | | **Subtotal** | | $755.54 |
| | | | | | **Total** | $ | |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0584119101<br><br>Sullivan Urgent Aid Centers Ltd<br>P.O. Box 87844<br>Carol Stream, IL 60188-7844 | | | | | | | $192.10 |
| ACCOUNT NO. 68077911<br><br>Illinois Collection Service<br>P.O. Box 646<br>Oak Lawn, IL 60454-0646 | | | | | | | $60.80 |
| ACCOUNT NO. 334-64505<br><br>ADT Security Service<br>P.O. Box 551200<br>Jacksonville, FL 32255 | | | | | | | $143.21 |
| ACCOUNT NO. 3GL87925<br><br>Penn Credit Corp.<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 | | | | | | | $376.51 |
| | | | **continuation sheets attached** | | | **Subtotal** | $772.62 |
| | | | | | | **Total** | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2059 <br><br> Weyco Inc. <br> P.O. Box 30132 <br> Lansing, MI 48909 | | | | | | | $75.50 |
| ACCOUNT NO. 0004086SWL <br><br> Southwest Laboratory Physician <br> Dept. 77-9288 <br> Chicago, IL 60678-9288 | | | | | | | $7.40 |
| ACCOUNT NO. 1776723-1 <br><br> Ingalls Memorial Hospital <br> P.O. Box 3397 <br> Chicago, IL 60654-0397 | | | | | | | $414.40 |
| ACCOUNT NO. 182101894 <br><br> AFNI Inc. <br> P.O. Box 3517 <br> Bloomington, IL 61702-3517 | | | | | | | $630.69 |
| continuation sheets attached | | | | | | Subtotal | $1,127.99 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CBCS<br>P.O. Box 2334<br>Columbus, OH 43216-2334 | | | | | | | $668.18 |
| ACCOUNT NO. 171107553<br>Enhanced Recovery Co.<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | | | | | | | $170.10 |
| ACCOUNT NO. 200201844582<br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $873.94 |
| ACCOUNT NO. 200401998345<br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $212.25 |
| continuation sheets attached | | | | | | Subtotal | $1,924.47 |
| | | | | | | Total | $ |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20041998345<br><br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $212.25 |
| ACCOUNT NO. 200200640486<br><br>Ingalls Hospital<br>P.O. Box 75608<br>Chicago, IL 60675-5608 | | | | | | | $237.78 |
| ACCOUNT NO.<br><br>Souma Diagnostics Ltd.<br>P.O. Box 11690<br>Chicago, IL 60611-1690 | | | | | | | $109.47 |
| ACCOUNT NO. 46752832-1-49<br><br>IC System Inc.<br>444 Highway 96<br>P.O. Box 64437<br>St. Paul, MN 55164-0437 | | | | | | | $26.81 |
| | | continuation sheets attached | | | Subtotal | | $586.31 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 4897081148525**<br>CBCS<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | | | | | | | $109.76 |
| **ACCOUNT NO. 741577**<br>Great Lakes<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | | | | | | | $26,406.77 |
| **ACCOUNT NO. 798581**<br>Great Lakes<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | | | | | | | $100,539.63 |
| **ACCOUNT NO. 39415972-1-79**<br>I.C. System Inc.<br>444 Highway 96<br>P.O. Box 64437<br>St. Paul, MN 55164-0437 | | | | | | | $109.76 |
| | | continuation sheets attached | | | Subtotal | | $127,165.16 |
| | | | | | Total | $ | |

(Report also on Summary of Schedules)

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4-33-54-0210 S <br><br> Nicor Gas <br> P.O. 416 <br> Aurora, IL 60568-0001 | | | | | | | $36.99 |
| ACCOUNT NO. <br><br> Therapy Providers of America <br> 2625 S. Lawndale Ave. <br> Chicago, IL 60623 | | | | | | | $3,389.00 |
| ACCOUNT NO. <br><br> First Merchants Bank <br> Lafayette Bank & Trust <br> P.O. Box 792 <br> Muncie, IN 47308 | | | Forgiven mortgages on properties <br> 15024 Pale   Harvey, IL 60426 <br><br> 15028 Pale  Harvey, IL 60426 | | | | $50,000 |
| ACCOUNT NO. | | | | | | | $ |
| continuation sheets attached | | | | | Subtotal | | $53,425.99 |
| | | | | | Total | | $296,176.95 |

(Report also on Summary of Schedules)

**In re** _CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: **A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

[X]   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**In re** __CONDEL & NORMA WHITE_____, **Debtor(s)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

    [ X ]  **Check this box if debtor has no Codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re _CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP<br>3 minor children | AGE<br>20, 17, 13 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation      Part time Hair Stylist | | Teacher |
| Name of Employer.  Self employed | | Harvey School District |
| How long employed  1 Year | | 7 Years |
| Address of Employer  Home | | 6001 Lincoln  Harvey, IL |
| | | |

**Income:** (Estimate of average monthly income)

| | Debtor | Spouse |
|---|---|---|
| Current monthly gross wages, salary, and commissions | | |
| (pro rate if not paid monthly) | $ 200.00 | $ 3,765.00 |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | **$200.00** | **$3,765.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $886.00 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify:_____) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $2,879.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $200.00 | $2,879.00 |
| Regular income from operation of business or profession or farm | $ | $ |
| (attach detailed statement) | | |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance | | |
| (Specify) _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) _____ | $ | $ |
| | $ | |
| **TOTAL MONTHLY INCOME** | **$200.00** | **$2,879.00** |

| **TOTAL COMBINED MONTHLY INCOME** | **$3,079.00** |
|---|---|

(Report also on Summary of Schedules)

Describe any increase or decrease on more than 10% in any of the above categories anticipated to occur within the year following
The filing of this document:

In re __CONDEL & NORMA WHITE_____, Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

[  ] **Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled Spouse."**

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $1,308.00 |
| Are real estate taxes included?        Yes _____   No ____ | |
| Is property insurance included?        Yes _____   No_____ | |
| Utilities  Electricity and heating fuel | $345.00 |
|      Water and sewer | $69.00 |
|      Telephone | $310.00 |
|      Other _____ | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $800.00 |
| Clothing | $200.00 |
| Laundry and dry cleaning | $ |
| Child care | $ |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $300.00 |
| Auto Maintenance | $ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ |
|      Life | $ |
|      Health | $ |
|      **Auto** | $300.00 |
|      Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ |
|      Other _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____ | $ |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**         $3,632.00

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**In re:** __CONDEL & NORMA WHITE_____, **Debtor(s)**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor mush furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 – 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 – 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attached a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. ss 101.

---

**1. Income from employment or operation of business**

[   ] **None**    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) | |
|---|---|---|
| 2014:**$35,000.00** | 2013:**$45,000.00** | 2012:**$24,000.00** |

---

**2. Income other than from employment or operation of business**

[X] **None**    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE (if more than one) |
|---|---|---|---|
| 2013: | 2012: | 2011: | |

### 3. Payments to creditors

[  ] **None**   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First Financial** | **5/1, 6/1, 7/1** | **$3,000.00** | **$18,000.00** |

[X] **None**   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

[X] **None**   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIONTION | STATUS OR DISPOSITION |
|---|---|---|---|

[X] **None**   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF |
|---|---|---|

### 5. Repossessions, foreclosures and returns

[X] **None**   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESS, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

[X] **None**   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**[X] None**   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**[X] None**   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**[X] None**   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case:** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.))

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**[ ] None**   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel M. Moulton** <br> **10249 South Western Avenue** <br> **Chicago, Illinois 60643** | **7/14** | **$ 400.00** |

### 10. Other transfers

**[X] None**   List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

**[X] None**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT PAID DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

**[X] None**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

**[X] None**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

**[X] None**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

**[X] None**

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises  which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

**[X] None**

If the debtor resides or resided in a community property state, commonwealth, or territory, (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six year period** immediately preceding the commencement of the case,  identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous of toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waster, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**[X] None**   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVRIONMENTAL LAW |
|---|---|---|---|

---

**[X] None**   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

**[X] None**   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18.  Nature, location and name of business**

**[X] None**   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **sex years** immediately preceding the commencement of this case.
     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.
     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

**[X] None**   b.  Identify any business listed in response to subdivision a., above that is "single asset real estate" as defined in 11 U.S.C. ss 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor

who is or has bee, within the **six years** immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partner ship; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

**[X] None**    a**.** List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

_____

**[X] None**    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

_____

**[X] None**    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

_____

**[X] None**    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                          DATE ISSUED

_____

### 20.  Inventories

**[X] None**    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR    (Specify cost, market or other basis)

_____

**[X] None**    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                          NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                                          OF INVENTORY RECORDS

_____

### 21.  Current Partners, Officers, Directors and Shareholders

**[X] None**    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

_____

**[X] None**    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE                          NATURE AND PERCENTAGE
                                                          OF STOCK OWNERSHIP

_____

**[X] None**

**22. Former partners, officers, directors and shareholders**

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

**[X] None**

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

**23. Withdrawals**

**[X] None**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group**

**[X] None**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|

**25. Pension Funds**

**[X] None**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER INDENTIFICATION NUMBER |
|----------------------|----------------------------------|

* * * * * *

B 201 (4/09/06)

======================================================================

UNITED STATE BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER 342(b)
## OF THE BANKRUPTCY CODE

In accordance with 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors who debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under 707(b) of the Code. If is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans, debts incurred to pay non-dischargeable taxes, domestic support and property settlement obligations, most fines, penalties, forfeitures, and criminal restitution obligations, certain debts which are not properly listed in your bankruptcy papers, and debts for death or personal injury caused by operating motor vehicles, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, for from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All of Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations, most student loans, certain taxes, most criminal fines and restitution obligations, certain debts which are not properly listed in your bankruptcy papers, certain debts for acts that caused death or personal injury, and certain long term secured obligations.

**Chapter 11:** **Reorganization $1,000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be with an attorney.

**Chapter 12:** **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by 342(b) of the Bankruptcy Code.

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (if bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. 110)

Address:
_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____          X /s/ Condel A. White          07/21/2014
Printed Name(s) of Debtor(s)          Signature of Debtor          Date

Case No. (if known) _____          X /s/ Norma S. White          07/21/2014
          Signature of Joint Debtor (if any) Date